# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chaeson R. Sears<br><br>    Plaintiff,<br><br>v.<br><br>Rocket Mortgage, LLC; and U.S. Bank National Association, Trustee for GNMA REMIC Trust 2024-060<br><br>    Defendants. | Case No. 2:25-cv-00409-TLN-AC<br><br>Hon. Troy L. Nunley<br><br>**[PROPOSED] ORDER GRANTING U.S. BANK'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: 1/30/2025<br>Trial Date:        None Set |

1 | The Court, having reviewed Defendant U.S. Bank's *ex parte* request for an extension of time to provide a response to Plaintiff's Complaint, and good cause appearing, the Court hereby continues the deadline for Defendant U.S. Bank to file a responsive pleading from April 1, 2025, to **April 29, 2025**.

**IT IS SO ORDERED.**

DATED:  March 31, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

- 1 -

ORDER