UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHAESON R. SEARS,

Plaintiff,

v.

ROCKET MORTGAGE, LLC, et al.,

Defendants.

No.  2:25-cv-0409-TLN-AC

**ORDER**

Plaintiff is proceeding in this action *in pro per*.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 10, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 46.) Plaintiff timely filed objections to the findings and recommendations.  (ECF No. 47.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections (ECF No. 47), the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 10, 2026 (ECF No. 46) are adopted

1

in full;

2. Both Defendants' motions to dismiss (ECF Nos. 39 and 42) are GRANTED in full; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Date: May 5, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE